NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIZABETH ARAGON,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3078

---

Petition for review of the Merit Systems Protection Board in case no. SF0831090824-I-1.

---

## ON MOTION

---

## O R D E R

Upon consideration of the Office of Personnel Management's motion for a 14-day extension of time, until November 8, 2010, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 2 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Elizabeth Aragon
William J. Grimaldi, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 5 2010**

**JAN HORBALY**
**CLERK**